HAVANA ELECTRIC RAILWAY COMPANY, Appellant, *v.* CENTRAL TRUST COMPANY OF NEW YORK, Respondent.

*Havana Electric Ry. Co.* v. *Central Trust Co.,* 122 App. Div. 829, affirmed.

(Argued December 6, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 23, 1907, in favor of defendant upon the submission of a controversy under section 1279 of the Code of Civil Procedure as to whether the defendant, as trustee under the consolidated mortgage of the plaintiff, is required to authenticate and deliver consolidated mortgage bonds in exchange for first mortgage bonds of the plaintiff issued under a mortgage made by the plaintiff to the United States Mortgage and Trust Company and retired in pursuance of the sinking fund provisions of said last-mentioned mortgage.

*George B. Covington* and *David T. Davis* for appellant.

*Arthur H. Van Brunt* and *Henry V. Poor* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.